■ In the Matter of KATHRYN BROWN, Appellant, v. ARABIAN AMERICAN OIL COMPANY, Respondent. — Appeal from judgment of the Supreme Court, Suffolk County, entered May 10, 1967, dismissed, without costs. The judgment which is the predicate of this proceeding has been vacated. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of the CITY OF NEW YORK, Respondent Relative to Acquiring Title to Real Property, South of Brooklyn Queens Expressway between 58th Lane and 59th Place for Police Department Facility Purposes in the Borough of Queens. CANARSIE R. ACADEMY, INC., et al., Appellants.— Judgment of the Supreme Court, Queens County, dated November 8, 1967, affirmed, with $10 costs and disbursements jointly against appellants appearing separately. (See *Matter of Piazza* v. *Lindsay,* 30 A D 2d 821.) Beldock, P. J., Christ, Benjamin, Munder and Martuscello, JJ., concur.

■ In the Matter of HOLIDAY INNS OF AMERICA, INC., Respondent, v. IRVINE T. ROBINSON et al., Constituting the Zoning Board of Appeals of the Town of Poughkeepsie, Appellants. — Judgment of the Supreme Court, Dutchess County, dated March 25, 1968, affirmed, with $10 costs and disbursements to respondent Holiday Inns of America, Inc. No opinion. Appeal from part of an order of said court dated March 25, 1968 dismissed, without costs, as academic. Christ, Acting P. J., Rabin, Benjamin, Munder and Martuscello, JJ., concur.